*Thomas P. Heffernan* and *John L. Campbell* for appellant.

*Glenn W. Woodin, District Attorney,* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of HELEN M. O'BRIEN, Respondent, *v.* NEW YORK STATE TEACHERS' RETIRE-MENT BOARD, Appellant.

*Teachers — pensions — application by teacher shortly before death for retirement and for payment of allowance to designated nominee.*

*Matter of O'Brien v. N. Y. State Teachers' Retirement Board,* 215 App. Div. 220, affirmed.

(Argued November 22, 1926; decided December 31, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 4, 1926, which directed the appellant board to retire one Margaret O'Brien, a deceased school teacher, as of the date of the filing of her application and to make payment accordingly to the petitioner as her designated beneficiary. The question was whether the statute (Education Law, art. 43-B) compels the appellant board to grant a teacher's death-bed application for a superannuation allowance to be paid to another upon the teacher's immediate death.

*Nathan L. Miller, Harold Otis* and *Raymond F. Allen* for appellant.

*La Fay C. Wilkie* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and LEH-MAN, JJ.